# EXHIBIT A

FILED
**TOM "TJ" JONES
CIRCUIT CLERK**

JAN 2 6 2024

IN THE CIRCUIT COURT OF TENNESSEE
FOR THE TWENTY-NINTH JUDICIAL DISTRICT
AT DYERSBURG

AM PM

13.13 D.C.

| | |
|---|---|
| LM, a minor child, by and through his parents and natural guardians, WILLIAM C. MOSES and FRANCES DANIELS-MOSES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action ) No. 24 CV 7 |
| DYERSBURG BOARD OF EDUCATION; CITY OF DYERSBURG, TENNESSEE, | ) *Jury Demanded* ) ) |
| Defendants. | ) ) |

## COMPLAINT FOR PERSONAL INJURIES

Come now William C. Moses and Frances Daniels-Moses and for their Complaint against the Defendants, and on behalf of their minor child, LM, who does not have the capacity to sue in his own name because of his minority, would respectfully show unto the Court as follows:

### Information as to Parties

1.     Plaintiff LM is a minor citizen of the United States of America, and a resident of the City of Dyersburg, County of Dyer, State of Tennessee. LM brings this suit and his causes of action by and through his parents and natural guardians, William C. Moses and Frances Daniels-Moses.

2.     The defendant, Dyersburg Board of Education, is a duly constituted municipal entity or corporation existing under the laws of the State of Tennessee.

3.     The defendant, City of Dyersburg, is a municipal corporation of the State of Tennessee, duly chartered pursuant to Tennessee law, and is operating as such

1

within the geographic boundaries of the City of Dyersburg, Tennessee.

## *Jurisdiction*

4.    This Court has jurisdiction of this cause under Tenn. Code Ann. § 16-10-101 *et seq.*

## Count I - *Liability Of Dyersburg Board of Education and/or City of Dyersburg for the Negligence of Its Employees*

5.    Each and every allegation of each preceding paragraph of this Complaint is hereby incorporated into this Count of the Complaint as if copied verbatim herein.

6.    LM was a student at Dyersburg Middle School during the 2022-2023 school year.

7.    LM was in the care of the Dyersburg Middle School each and every day during school hours.    During this period, Dyersburg Middle School and the Defendants' employees and personnel, stood *in loco parentis* to LM as they had total control over his movements, his person, and his general care.  *See* Tenn. Code Ann. § 49-6-4203(b), in which the Tennessee General Assembly, "recognize[d] the position of the schools in loco parentis and the responsibility this places on principals and teachers within each school to secure order and to protect students from harm while in their custody."

8.    In addition, LM is a disabled student who suffers from a medical condition and has an Individualized Education Plan (herein after "IEP") in place to address his disability and educational needs.

2

9. During September and October 2022, LM was repeatedly subject to harassment and assaults of a sexual nature by fellow students.

10. In general, the harassment and assaults occurred in the bathroom at the school, and these actions involved groups of boys assaulting and harassing LM while he was attempting to use the bathroom for its intended purpose.

11. The harassment and assaults occurred because of a lack of supervision and attention by the school staff.

12. The employees and agents, including the principal of Dyersburg Middle School, were made aware of the harassments and assaults.

13. William C. Moses and Frances Daniels-Moses reported the assaults and the harassment to school officials.

14. School officials admitted that a problem existed with the supervision and control of children in the boys' bathroom at Dyersburg Middle School and in discussions with LM's parents, William C. Moses and Frances Daniels-Moses, in October and November 2022, they committed to a plan to prevent further assaults and harassment of LM in the bathroom at school.

15. Part of the plan was to limit the number of students present in the bathroom at any one time.

16. Another part of the plan was to prohibit certain individuals from being present in the bathroom when LM was present.

17. In February 2023, due directly to the failure of the Defendants to implement the plan they devised to protect LM and others, LM was assaulted in an

3

attempted rape incident in the bathroom at Dyersburg Middle School.

18.    This incident severely injured LM physically and psychologically.

19.    The actions and/or omissions of the Defendants was the direct and proximate cause of the injuries to LM.

20.    Pursuant to Tenn. Code Ann. § 29-20-101 *et seq.*, specifically, Tenn. Code Ann. § 29-20-205, immunity from suit has been waived for this matter.

## *Damages and Prayer for Relief*

WHEREFORE as a direct and proximate result of the negligent acts set forth in this Complaint, LM has suffered great and grievous injury, mental anguish, suffering, and pain and continues to suffer the same today;

THEREFORE, Plaintiffs demand judgment against the Defendants, Dyersburg Board of Education and the City of Dyersburg, Tennessee, jointly and severally, in the amount of Three Hundred Thousand and No/100 Dollars, ($300,000.00), or the maximum amount allowed by law, whichever is greater.

PLAINTIFFS also demand a jury to try this action, if allowed by law. Plaintiffs further demand such other relief to which they may be entitled.

4

Respectfully submitted,

_____

Dean P. Dedmon (#017949)
W. Lewis Jenkins (#017423)
Caitlyn Hurt Clendenin (#040952)
Jenkins | Dedmon Law Group LLP
Attorneys for Plaintiff
426 Troy Avenue, P.O. Box 846
Dyersburg, TN 38025-0846
Tel. No. (731) 259-6100

## COST BOND

We acknowledge ourselves liable for costs in this matter pursuant to T.C.A. §§20-12-120 and 20-12-125.

Jenkins | Dedmon Law Group LLP

By: _____

5